UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISMELLE CASTILLO,<br><br>　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>ALTICE USA, INC., JESUS REYES, *in his official and individual capacity, and* CRISTALY CRUZ, *in her official capacity,*<br><br>　　　　　　　　　　Defendants. | 23-cv-05040 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

　　Due to a scheduling conflict, it is hereby ORDERED that, the initial pretrial conference previously scheduled for November 29, 2023 at 3:00 p.m. is rescheduled to **December 20, 2023 at 10:30 a.m.**  The Court will conduct the conference by video.  Counsel shall submit an appearance sheet pursuant to Paragraph 2(B) of the Court's Individual Rules and Practices **48 hours** before the conference, and will receive Microsoft Teams log-in credentials at the email addresses provided.  The public listen-only line may be accessed by dialing Toll-Free Number: 877-336-1831 | Access Code: 5583342.

Dated:　November 16, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　*Jennifer Rochon*
　　　　　　　　　　　　　　　　　　　　　　　　　　JENNIFER L. ROCHON
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge