

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Application For Pro Bono Opportunities

Thank you for your interest in serving as pro bono counsel! Please complete this form so that we can get in touch with you and start the process of finding a case for you.

As an alternative to completing this form, you may email the same information to pro_bono@nysd.uscourts.gov. If possible, please attach a vCard (electronic business card) to your email.

| | |
|---|---|
| Name: | CRISTALY CRUZ |
| Firm or company name: | |
| Address: | 706 SCOTCH MEADOWS LOOP, MONROE, NC 28110 |
| | 706 SCOTCH MEADOWS LOOP, MONROE, NC 28110 |
| Telephone number: | 646-371-8903 |
| E-mail address: | CRUZCC2518@GMAIL.COM |

**What types of matters are you interested in? (Please check all that apply.)**

☐ Representing litigants at trial

☐ Representing litigants in the discovery stage (the court will sometimes request pro bono counsel solely for discovery purposes)

☐ Representing litigants in mediation or settlement conferences

☐ Representing litigants for motion practice

☐ Representing plaintiffs in employment cases

☑ Other: I NEED REPRENSENTATION IN ARBITRATION.

Please return this completed form to the Pro Se Intake Unit, 40 Foley Square, Room 105, New York, New York 10007, or to the email address above.

The request for pro bono counsel in arbitration is DENIED because Plaintiff's claims as to Defendant Cruz are not in arbitration. Defendant Cruz may renew her request for pro bono counsel after the stay is lifted with respect to her case or if mediation of the entire case is undertaken.

Dated: December 14, 2023
New York, New York

500 PEARL STREET | NEW YORK, NY 10007
300 QUARROPAS STREET | WHITE PLAINS, NY 10601

OFFICE OF PRO SE LITIGATION: 212-805-0181

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Rev. 11/18/2020