UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISMELLE CASTILLO,<br><br>       Plaintiff,<br><br>-against-<br><br>ALTICE USA, INC. et al,<br><br>       Defendants. | Case No. 1:23-cv-05040 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  On December 14, 2023, the Court ordered a stay in these proceedings pending arbitration, including with respect to Counts III, IV, VI, and VII against Defendant Cristaly Cruz. Dkt. 60. The parties shall provide an update as to the status of arbitration proceedings by November 11, 2024, and every 90 days thereafter.

  A copy of this Order shall be mailed to Defendant Cruz at the mailing address listed on the docket.

Dated: November 4, 2024
    New York, New York

                  SO ORDERED.

                  *Jennifer Rochon*
                  JENNIFER L. ROCHON
                  United States District Judge