UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISMELLE CASTILLO,<br><br>       Plaintiff,<br><br>  -against-<br><br>ALTICE USA INC. et al.,<br><br>       Defendants. | Case No. 1:23-cv-05040 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  Pursuant to the Court's November 4, 2024 Order, the parties are to provide updates as to the status of arbitration proceedings every 90 days. Dkt. 64. The parties' last status update was filed August 11, 2025. Dkt. 68. Therefore, the parties' next update was due November 10, 2025, but no such update was filed. The parties shall provide an update forthwith.

Dated: November 12, 2025
   New York, New York

                   SO ORDERED.

                   _____
                   JENNIFER L. ROCHON
                   United States District Judge