

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York 10018
**T** (212) 218-5500
**F** (212) 218-5526

casmith@seyfarth.com
T (212) 218-5605

www.seyfarth.com

> Request GRANTED. Defendant's opposition to Plaintiff's Motion to Vacate the Arbitration Decision is due by January 16, 2026.
>
> Dated: November 18, 2025
> New York, New York
>
> SO ORDERED.
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

November 17, 2025

**VIA ECF**

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl St., Courtroom 20B
New York, NY 10007

Re:   *Castillo v. Altice USA, Inc., et al.*, Civ. No. 1:23-cv-05040-JLR (S.D.N.Y.)

Dear Judge Rochon:

We represent Defendant Altice USA, Inc. ("Altice") in the above-captioned matter. For the reasons set forth below, we respectfully request an extension of Altice's November 26, 2025 deadline to file its opposition to Plaintiff's Motion to Vacate the Arbitration Decision to a date on or after January 16, 2026.

On August 14, 2025, Arbitrator Sara Kula granted Altice's Motion for Summary Judgment in full, dismissing all claims against Altice. Plaintiff then waited three months before filing her motion to vacate Arbitrator Kula's award on November 12 (ECF Nos 71-74). On November 13, I asked Plaintiff's counsel to consent to an extension of the opposition deadline from November 26 to January 16, 2026. I explained that the request was based on: (1) the associate who had been working on this case recently left Seyfarth; (2) the upcoming holidays; and (3) medical procedures required for an immediate family member during this period. Opposing counsel refused to consent, offering instead only a one-week extension over Thanksgiving.

I have an immediate family member with acute medical needs likely requiring treatment over the next 60 days, need to restaff this matter, have several depositions to take or defend in December, and will be traveling for the holidays. Accordingly, we respectfully request an extension of the opposition deadline to a date on or after January 16, 2026.

There have been no prior requests for extension of the deadline to oppose Plaintiff's motion to vacate the arbitration award. The requested extension would not affect any other case deadlines or conferences.

We thank Your Honor for your consideration.



The Honorable Jennifer L. Rochon
November 17, 2025
Page 2

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Cameron Smith*

Cameron Smith