**PHILLIPS & ASSOCIATES**

*Attorneys at Law*
45 BROADWAY, 28TH FLOOR, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

January 22, 2026

**Via ECF:**
Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    **Castillo v. Altice USA, Inc., et al.**
              **Case No.: 1:23-cv-05040**

Dear Judge Rochon:

We represent Plaintiff, Chrismelle Castillo, in the above-referenced matter. For the reason set forth below, we respectfully request an extension of Plaintiff's January 23, 2026 deadline to file her response to Defendant Altice USA, Inc.'s ("Altice") simultaneously filed Opposition to Plaintiff's Motion to Vacate the Arbitration Decision and Cross-Motion to Confirm the Arbitration Award. *See* ECF Docket Nos. 79 to 83.

On August 14, 2025, AAA Arbitrator Sara Kula granted Defendant Altice's Motion for Summary Judgement. On November 12, 2025, Plaintiff timely filed a Motion to Vacate the Arbitration Decision. On November 17, 2025, Defendant Altice filed a letter requesting additional time to file its Opposition to Plaintiff's Motion. Defendant Altice's request was granted on November 18, 2025, with the opposition due by January 16, 2026. ECF Docket No. 77. Defendant Altice filed their simultaneous Opposition to Plaintiff's pending Motion to Vacate with their Cross Motion to Confirm the Arbitration Decision on January 16, 2026.

The undersigned counsel respectfully requests a one-week extension from January 23, 2026 to file Plaintiff's simultaneous Reply and Opposition papers, or by January 30, 2026. The undersigned counsel makes this request as we have just finished submitting post-final arbitration hearing briefs in the related AAA matter involving Defendant Jesus Reyes and so we request a modest extension to respond to Altice's January 16, 2026 submissions. Defendants do not consent to this request. This extension request does not affect any other scheduled dates, and no extension request has been previously requested.

We thank the Court for its time and attention to this matter.

           Respectfully,

           PHILLIPS & ASSOCIATES

Request GRANTED.  Plaintiff's reply in further support of her motion to vacate the arbitration decision, and her opposition to Defendant's cross-motion to confirm the arbitration decision, are due by January 30, 2026. Defendant's reply in further support of its cross-motion is due by February 6, 2026. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 84.

Dated: January 23, 2026
      New York, New York

             **SO ORDERED.**

             *Jennifer Rochon*

             **JENNIFER L. ROCHON**
             **United States District Judge**

*/s/ Ian N. Piasecki*
Ian Piasecki
Joshua Friedman
45 Broadway, 28th Floor
New York, New York 10006
(212) 248-7431
ipiasecki@tpglaws.com
jfriedman@tpglaws.com