PHILLIPS & ASSOCIATES

*Attorneys at Law*
45 BROADWAY, 28TH FLOOR, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

May 8, 2026

**Via ECF:**
Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York

> Re:   **Castillo v. Altice USA, Inc., et al.**
>       **Case No.: 23-cv-5040**

Dear Judge Rochon:

We represent the Plaintiff Chrismelle Castillo ("Plaintiff") in the above-referenced matter. Pursuant to the Court's Order dated November 4, 2024, Plaintiff respectfully submits the following status update regarding the Arbitration. Defendants have not consented to or joined in this submission.

- The parties completed discovery and submitted dispositive motions.
- Arbitrator Sara Kula ruled in favor of Defendant Altice USA, Inc.'s ("Altice") Summary Judgement Motion dismissing Altice from the arbitration.
- NYSHRL and NYCHRL retaliation claims and the NYC Admin. Code § 10-180 "Revenge Porn" claim remained in this action as to Defendant Jesus Reyes.
- Defendant Jesus Reyes's counsel withdrew from their representation of him on or about July 16, 2025, after filing his Motion for Summary Judgment.
- Defendant Jesus Reyes is no longer represented by counsel and is appearing *pro se.*
- Plaintiff filed her Motion to Vacate the Arbitration Decision pursuant to Federal Arbitration Act ("FAA"), 9 U.S.C. § 10(a)(1) and (3), on November 12, 2025.
- Plaintiff sent AAA and the Arbitrator a courtesy copy of the Motion to Vacate the Arbitration Decision.
- The Final Arbitration Hearing was held on December 4-8, 2025, as to the remaining claims against Jesus Reyes.
- Defendant Altice filed their Opposition to Plaintiff's Motion to Vacate the Arbitration Decision, as well as a Cross Motion to Confirm the Arbitration Award on January 16, 2026.
- Plaintiff filed her Opposition to Defendant Altice's Cross Motion to Confirm the Arbitration Award, with Reply to Defendant Altice's Opposition on January 28, 2026.
- After Post-Hearing Briefs were submitted in January 2026, the Arbitrator issued an Interim Award in Plaintiff's favor on February 11, 2026.
- Plaintiff submitted an application for attorneys' fees and costs on March 20, 2026 that went unopposed.
- The Arbitrator issued the Final Award on May 5, 2026, awarding attorneys' fees and costs

to Plaintiff.

- Plaintiff intends to move to confirm the Final Award as to Defendant Jesus Reyes upon expiration of Reyes's three-month period to vacate or modify the award, which expires on or about August 3, 2026.
- Plaintiff otherwise awaits the Court's determination on her pending Motion to Vacate the Arbitration Decision as to Defendant Altice.

We thank the Court for its time and attention to this matter.

Respectfully,
PHILLIPS & ASSOCIATES

/s/ *Ian N. Piasecki*
Ian N. Piasecki
Joshua Friedman
45 Broadway – 28th Floor
New York, New York 10006
(212) 248-7431
ipiasecki@tpglaws.com
jfriedman@tpglaws.com

cc (via ECF):          Counsel for Defendant Altice USA, Inc.
cc (Via e-mail):       Defendant Jesus Reyes
cc (via US Mail):      Defendant Cristaly Cruz